# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| DAVID SHIMON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 4:15-cv-00197-AKK-JEO |
| | ) |
| SCOTT HASSELL, | ) |
| | ) |
| Respondent. | ) |

## **MEMORANDUM OPINION**

This is an action on a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. The Petitioner, a citizen of Australia, challenges his continued detention at the Etowah County Detention Center. (Doc. 1). The Respondent has filed a motion to dismiss the action as moot. (Doc. 8). The motion is due to be granted.

In support of his motion, the Respondent has filed a declaration from Bryan S. Pitman, the Supervisory Detention and Deportation Officer of the United States Immigration and Customs Enforcement (ICE) facility in Gadsden, Alabama. (Doc. 8-1). In his declaration, Pitman states that the Petitioner was released from ICE custody on August 25, 2015 and removed from the United States. (*Id.*) Thus, the Petitioner's claim for release from custody is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court

can no longer provide 'meaningful relief'"). Accordingly, the Respondent's motion is due to be granted, and this matter is due to be dismissed as moot. A separate final order will be entered.

**DONE** the 1st day of September, 2015.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**ABDUL K. KALLON**
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE